**Kenneth M. STERN, Plaintiff–
Appellant,**

v.

**ESTATE OF Dean GROSSMAN;
et al., Defendants–Appellees.**

**No. 00–56037.**

**D.C. No. CV–99–12247–ABC.**

United States Court of Appeals,
Ninth Circuit.

Before HUG, PREGERSON, and WARDLAW, Circuit Judges.

### MEMORANDUM **

Attorney Kenneth Stern appeals pro se from the district court's judgment dismissing for failure to state a claim his 42 U.S.C. § 1983 action alleging that certain defendants recorded an abstract of judgment against Stern in violation of an automatic stay. We have jurisdiction pursuant to 28 U.S.C. § 1291. Upon de novo review of the district court's record, we affirm for the reasons stated in the district court's order entered on May 16, 2000. *See Cohen v. Stratosphere Corp.*, 115 F.3d 695, 700 (9th Cir.1997) (de novo review of Fed. R.Civ.P. 12(b)(6) dismissals).

AFFIRMED.

Submitted Sept. 10, 2001.*

---

* Because the panel unanimously finds this case suitable for decision without oral argument, Stern's motion for oral argument is denied. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

